**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROADZEN, INC.,

Plaintiff,

-against-

25 **CIVIL** 7867 (JPO)

**JUDGMENT**

METEORA CAPITAL PARTNERS L.P., et al.,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2026, New Roadzen's letter-motion requesting a conference is DENIED. Consistent with the Court's July 9, 2026 order, judgment of dismissal is entered as to all of Plaintiff's claims; accordingly, the case is closed.

**Dated:** New York, New York
August 10, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** K. Mango
______________________________
**Deputy Clerk**